This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**ELVA SANCHEZ HERNANDEZ**
**Spouse and Wrongful Death**
**Administrator of the Estate of**
**IRVING ROBERTO HERNANDEZ,**

Worker-Appellant,

**v.**                                                   **No. 34,290**

**RODRIGO L. ONTIVEROS and**
**ELSA ONTIVEROS d/b/a ROL**
**TRUCKING and LUDWIG**
**CUSTOM HARVEST,**

Employer/Insurer-Appellees,

**and**

**NEW MEXICO UNINSURED**
**EMPLOYERS FUND,**

Statutory Third-Party.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Leonard J. Padilla, Workers' Compensation Judge**

The Riojas Law Firm, P.C.
Robert E. Riojas
El Paso, TX

for Appellant

Jose A. Howard-Gonzales
El Paso, TX

for Appellees

Richard J. Crollett
Albuquerque, NM

for Statutory Third Party

## MEMORANDUM OPINION

**GARCIA, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition.  No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**

 

                **TIMOTHY L. GARCIA, Judge**

**WE CONCUR:**

 

**MICHAEL E. VIGIL, Chief Judge**

2

_____

**CYNTHIA A. FRY, Judge**